

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2014

No. 04-13-00395-CR

Rigo **GUERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00042-CRL
Honorable Donna S. Rayes, Judge Presiding

### O R D E R

The State's brief was originally due to be filed on April 17, 2014. The State's first motion for extension of time was granted, extending the deadline for filing the brief to May 16, 2014. On May 16, 2014, the State filed a motion requesting an additional extension of time to file the brief until June 16, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by June 16, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court